```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
K. PAZHANI,

                        Plaintiff,

        -against-

INFOSYS AMERICAS, *et al.*,

                     Defendants.
------------------------------------------------------------ X

20-CV-6406 (VEC) (DF)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 30, 2021, Plaintiff filed a motion seeking to dismiss the case without prejudice and with permission to refile after Plaintiff has recovered from current health issues, Dkt. 36; and

    WHEREAS as of the date of this Order, no Defendant has filed an answer or motion for summary judgment;

    IT IS HEREBY ORDERED that Plaintiff's complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk of Court is respectfully directed to terminate all open motions and to close this case.

**SO ORDERED.**

**Date:  April 6, 2021**
       **New York, NY**

                                                          **VALERIE CAPRONI**
                                                         **United States District Judge**